# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MALACHI NATHANAEL KAHLER
GRACE ANN KAHLER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-15-05239-MDF

Movant

## WITHDRAWAL OF Withdrawal of Motion to Dismiss

AND NOW, on August 1, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Withdrawal of Motion to Dismiss filed on or about August 1, 2016 be withdrawn. The Withdrawal of Motion to Dismiss was filed in error or was incorrect as filed.

Respectfully Submitted,

  s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 1, 2016

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MALACHI NATHANAEL KAHLER
GRACE ANN KAHLER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

MALACHI NATHANAEL KAHLER
GRACE ANN KAHLER

CASE NO: 1-15-05239-MDF

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 1, 2016.

SEAN PATRICK QUINLAN
QUINLAN LAW OFFICE
3618 NORTH 6TH STREET
HARRISBURG, PA 17110-

Respectfully Submitted,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 1, 2016