## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MALACHI NATHANAEL KAHLER
GRACE ANN KAHLER,

Debtor(s)

SANTANDER CONSUMER USA INC.,

Movant(s)

vs.

MALACHI NATHANAEL KAHLER
GRACE ANN KAHLER and
CHARLES J. DEHART, III, ESQUIRE
(TRUSTEE),

Respondent(s)

Chapter: 13

Case Number: 1:15-bk-05239-MDF

Document No.: 52

Nature of Proceeding: **Motion for Relief from Automatic Stay**

## ORDER

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by December 18, 2016, the Court may deny this Motion without further notice.

FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for December 18, 2016, is hereby CANCELLED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: November 21, 2016