Sean P. Quinlan, Esquire
Quinlan Law Offices
3618 N. 6th Street
Harrisburg, PA 17110
717-724-7503
Attorney for Debtors

U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Malachi N Kahler<br>Grace Ann Kahler<br>Debtor | : CHAPTER 13<br>:<br>: BANKRUPTCY NO. 1:16-04482 MDF<br>: JUDGE: MDF<br>: |
|---|---|

### CERTIFICATE OF SERVICE

    I, Sean P. Quinlan, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the Motion to Reimpose and Application to shorten time filed with the court on November 30, 2016 and Noticed same day as required per the Order Granting Expedited Hearing to the below parties, pursuant to Local Rules by regular mail, electronic mail and/or ecf notices to the addresses indicated below:

/s/ Sean P. Quinlan, Esquire

SEAN P. QUINLAN, ESQUIRE
Attorney for Debtors

Dated: 12/05/2016
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

JWarmbrodt@kmllawgroup.com.
Attorney for KML Law Group
(Mortgage Creditor was emailed and has been communicating with counsels office since filing of Motion)

### Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036