United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Malachi Nathanael Kahler  
Grace Ann Kahler  
    Debtors

Case No. 15-05239-MDF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: TWilson    Page 1 of 1    Date Rcvd: Dec 16, 2016  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db/jdb        +Malachi Nathanael Kahler,    Grace Ann Kahler,    25 East Lancaster Street,
               Red Lion, PA 17356-2203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor Malachi Nathanael Kahler spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Joint Debtor Grace Ann Kahler spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Malachi Nathanael Kahler<br>Grace Ann Kahler<br>   Debtors | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>   Movant<br>vs. | NO. 1:15-bk-05239 MDF |
| Malachi Nathanael Kahler<br>Grace Ann Kahler<br>   Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>   Trustee | |

**ORDER**

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is approved by the Court, Movant's Relief Order dated July 6, 2016 is hereby Vacated, and the Automatic Stay in re: the real property located at 25 East Lancaster Street, Red Lion, PA 17356 is hereby Reinstated. However, this court retains discretion regarding entry of any further order.

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: December 15, 2016