UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MALACHI NATHANAEL KAHLER and GRACE ANN KAHLER Debtor(s) | : : : : | CHAPTER 13 |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : : : | |
| vs. | : : | |
| MALACHI NATHANAEL KAHLER and GRACE ANN KAHLER Respondent(s) | : : : | CASE NO. 1-15-bk-05239 |

TRUSTEE'S OBJECTION TO FIFTH AMENDED CHAPTER 13 PLAN

AND NOW, this 18th day of January, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The debtor(s) defaulted under their original plan or their previous plan.
   b. Plan ambiguous – Payment- plan payments total less than base plan.
   c. Post-petition arrears do not comply with respective Stipulation.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/James K. Jones
       Attorney for Trustee

# CERTIFICATE OF SERVICE

       AND NOW, this   18th   day of January, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Sean Patrick Quinlan, Esquire
3618 N. 6th Street
Harrisburg, PA   17110

                                                           /s/Deborah A. Behney
                                                           Office of Charles J. DeHart, III
                                                           Standing Chapter 13 Trustee