```
In re:                                                           Case No. 15-05239-RNO
Malachi Nathanael Kahler                                         Chapter 7
Grace Ann Kahler
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: TWilson              Page 1 of 2          Date Rcvd: Nov 22, 2017
                              Form ID: 309A              Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.

```
db/jdb       +Malachi Nathanael Kahler,    Grace Ann Kahler,    25 East Lancaster Street,
               Red Lion, PA 17356-2203
aty          +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty          +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty          +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty          +William E. Craig,    Morton & Craig LLC,    110 Marter Avenue, Suite 301,
               Moorestown, NJ 08057-3125
tr           +Steven M. Carr (Trustee),    Ream, Carr, Markey and Woloshin LLP,    119 East Market Street,
               York, PA 17401-1221
4755739      +Atlantic Credit & Finance Special Finance,    Unit, LLC Successor in interest to,
               SYNCHRONY BANK F/K/A, GE CREDIT,    c/o Weltman, Weinberg & Reis Co., LPA,
               436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
4729898      +Citizens One Auto Fin,    480 Jefferson Blvd,    Warwick, RI 02886-1359
4729900      +Diamond Credit Union,    1600 Medical Dr,    Pottstown, PA 19464-3242
4729902      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729918      +Hy Cite/royal Prestige,    333 Holtzman Rd,    Madison, WI 53713-2109
4780054      +Lakeview Loan Servicing, LLC,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
4729923      +Provident/shore Mortga,    1235 N Dutton Ave Suite E,    Santa Rosa, CA 95401-4666
4743507       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
4729928      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: spqesq@hotmail.com Nov 22 2017 19:03:26      Sean Patrick Quinlan,
               Quinlan Law Office,    2331 Market Street,    Camphill, PA  17011
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 22 2017 19:03:56      United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4729894      +E-mail/Text: ACF-EBN@acf-inc.com Nov 22 2017 19:03:28      Atlantic Crd,    P O Box 13386,
               Roanoke, VA 24033-3386
4729895      +EDI: CAPITALONE.COM Nov 22 2017 19:14:00      Cap1/boscv,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
4729897      +E-mail/Text: kzoepfel@credit-control.com Nov 22 2017 19:03:57      Central Loan Admin & R,
               425 Phillips Blvd.,    Ewing, NJ 08618-1430
4729899      +EDI: WFNNB.COM Nov 22 2017 19:14:00      Comenitycapital/dvdsbr,    995 W 122nd Ave,
               Westminster, CO 80234-3417
4729901      +E-mail/Text: bknotice@erccollections.com Nov 22 2017 19:03:58      Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4729919      +E-mail/Text: BKRMailOPS@weltman.com Nov 22 2017 19:03:45      Kay Jewelers,    375 Ghent Rd,
               Fairlawn, OH 44333-4600
4919384       E-mail/Text: camanagement@mtb.com Nov 22 2017 19:03:45      M&T BANK,    P.O. Box 62182,
               Baltimore, MD 21264-2182
4919385       E-mail/Text: camanagement@mtb.com Nov 22 2017 19:03:45      M&T BANK,    P.O. Box 62182,
               Baltimore, MD 21264-2182,    M&T BANK,    P.O. Box 62182,    Baltimore, MD 21264-2182
4729921      +E-mail/Text: unger@members1st.org Nov 22 2017 19:04:25      Members 1st F C U,    5000 Louise Dr,
               Mechanicsburg, PA 17055-4899
4739973      +E-mail/Text: bankruptcynotices@psecu.com Nov 22 2017 19:04:21      PSECU,    PO BOX 67013,
               HARRISBURG, PA 17106-7013
4729922      +E-mail/Text: bankruptcynotices@psecu.com Nov 22 2017 19:04:21      Pa Sta Empcu,
               1500 Elmerton Ave,    Harrisburg, PA 17110-2990
4879352      +EDI: DRIV.COM Nov 22 2017 19:16:00      Santander Consumer USA Inc.,    P.O. Box 560284,
               Dallas, TX 75356-0284
4729924      +EDI: DRIV.COM Nov 22 2017 19:16:00      Santander Consumer Usa,    Po Box 961245,
               Fort Worth, TX 76161-0244
4729925      +EDI: RMSC.COM Nov 22 2017 19:15:00      Syncb/care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
4729927      +EDI: RMSC.COM Nov 22 2017 19:15:00      Syncb/carecr,    C/o Po Box 965036,
               Orlando, FL 32896-0001
4775890       EDI: RMSC.COM Nov 22 2017 19:15:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX  75356-0284
4729896*     +Cap1/boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
4729903*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729904*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729905*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729906*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729907*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729908*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729909*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729910*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
4729911*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729912*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729913*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729914*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729915*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729916*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729917*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
4729920*      +Kay Jewelers,   375 Ghent Rd,    Fairlawn, OH 44333-4600
4729926*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                           TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Malachi Nathanael Kahler spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Grace Ann Kahler spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8
```

| | **Information to identify the case:** | | |
|---|---|---|---|
| Debtor 1 | Malachi Nathanael Kahler | Social Security number or ITIN | xxx–xx–0347 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Grace Ann Kahler | Social Security number or ITIN | xxx–xx–3596 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | December 7, 2015 |
| Case number: | 1:15–bk–05239–RNO | Date case converted to chapter 7 | November 5, 2017 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Malachi Nathanael Kahler | Grace Ann Kahler |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25 East Lancaster Street<br>Red Lion, PA 17356 | 25 East Lancaster Street<br>Red Lion, PA 17356 |
| 4. | **Debtor's attorney**<br>Name and address | Sean Patrick Quinlan<br>Quinlan Law Office<br>2331 Market Street<br>Camphill, PA 17011 | Contact phone 717 724–7503<br><br>Email: spqesq@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream, Carr, Markey and Woloshin LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email: carrtrustee@yahoo.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: November 22, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 3, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 4, 2018** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**