# Detail Payroll Register
**Bartlett Master**

Select: Company is BHI - BHI ENERGY POWER SERVICES and Employee(s) is one of 244886938,175723596
Sort Order: Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 201708011 - 201709301

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |
| | | PerControl | | | Pay Date | | Period End Date | | Job Code | | | |
| KAHLER, GRACE A. | 175723596 | Pay No: 1 | | 201708031 | 8/3/2017 | | 7/30/2017 | | 1710SRW1 | | | |
| | | REG | | 40.00 | 25.23 | 1,009.20 | Z | | U126W | 10.09 | PA117511 | 10.09 |
| | | | | | | | | | | | PA117513 | 0.81 |
| | | | | | | | | | | | PA117514 | 0.19 |
| | | | | | | | | | | | PASIT | 30.98 |
| | | | | | | | | | | | PASUIEE | 0.71 |
| | | | | | | | | | | | USFIT | 61.76 |
| | | | | | | | | | | | USMEDEE | 14.64 |
| | | | | | | | | | | | USSOCEE | 62.57 |
| | | | | **40.00** | | **1,009.20** | | | | **10.09** | | **181.75** |
| | Check Printed: 881349 | | | Check Amount: | | 0.00 | | Direct Deposit: | | 817.36 | Net: | 817.36 |
| | | PerControl | | | Pay Date | | Period End Date | | Job Code | | | |
| KAHLER, GRACE A. | 175723596 | Pay No: 1 | | 201708142 | 8/11/2017 | | 8/14/2017 | | 1710SRW1 | | | |
| | | REG | | 40.00 | 25.23 | 1,009.20 | Z | | | | PA117511 | 10.09 |
| | | | | | | | | | | | PASIT | 30.98 |
| | | | | | | | | | | | PASUIEE | 0.71 |
| | | | | | | | | | | | USFIT | 61.76 |
| | | | | | | | | | | | USMEDEE | 14.63 |
| | | | | | | | | | | | USSOCEE | 62.57 |
| | | | | **40.00** | | **1,009.20** | | | | | | **180.74** |
| | Check Printed: 1156883 | **Manual** | | Check Amount: | | 828.46 | | Direct Deposit: | | 0.00 | Net: | 828.46 |
| | | PerControl | | | Pay Date | | Period End Date | | Job Code | | | |
| KAHLER, GRACE A. | 175723596 | Pay No: 1 | | 201708171 | 8/17/2017 | | 8/13/2017 | | 1710SRW1 | | | |
| | | REG | | 40.00 | 25.23 | 1,009.20 | Z | | U126M | 19.30 | PA117511 | 10.09 |
| | | | | | | | | | U126W | 10.09 | PA117513 | 0.81 |
| | | | | | | | | | | | PA117514 | 0.19 |
| | | | | | | | | | | | PASIT | 30.98 |
| | | | | | | | | | | | PASUIEE | 0.71 |
| | | | | | | | | | | | USFIT | 61.76 |
| | | | | | | | | | | | USMEDEE | 14.63 |
| | | | | | | | | | | | USSOCEE | 62.57 |
| | | | | **40.00** | | **1,009.20** | | | | **29.39** | | **181.74** |
| | Check Printed: 884731 | | | Check Amount: | | 0.00 | | Direct Deposit: | | 798.07 | Net: | 798.07 |

# Detail Payroll Register
## Bartlett Master

Select: Company is BHI - BHI ENERGY POWER SERVICES and Employee(s) is one of 244886938,175723596
Sort Order: Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 201708011 - 201709301

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |
| | | PerControl | | | Pay Date | | Period End Date | | Job Code | | | |
| KAHLER, GRACE A. | 175723596 | Pay No: 1 | | 201708241 | 8/24/2017 | | 8/20/2017 | | 1710SRW1 | | | |
| | | REG | | 38.50 | 25.23 | 971.36 | Z | | U126W | 9.71 | PA117511 | 9.71 |
| | | | | | | | | | | | PA117513 | 0.81 |
| | | | | | | | | | | | PA117514 | 0.19 |
| | | | | | | | | | | | PASIT | 29.82 |
| | | | | | | | | | | | PASUIEE | 0.68 |
| | | | | | | | | | | | USFIT | 56.09 |
| | | | | | | | | | | | USMEDEE | 14.09 |
| | | | | | | | | | | | USSOCEE | 60.23 |
| | | | | 38.50 | | 971.36 | | | | 9.71 | | 171.62 |

**Check Printed:** 886440     **Check Amount:** 0.00     **Direct Deposit:** 790.03     **Net:** 790.03

| | | PerControl | | | Pay Date | | Period End Date | | Job Code | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KAHLER, GRACE A. | 175723596 | Pay No: 1 | | 201709281 | 9/28/2017 | | 9/24/2017 | | 1710SRW1 | | | |
| | | REG | | 32.00 | 25.23 | 807.36 | Z | | U126W | 8.07 | PA117511 | 8.07 |
| | | | | | | | | | | | PA117513 | 0.81 |
| | | | | | | | | | | | PA117514 | 0.19 |
| | | | | | | | | | | | PASIT | 24.79 |
| | | | | | | | | | | | PASUIEE | 0.57 |
| | | | | | | | | | | | USFIT | 32.95 |
| | | | | | | | | | | | USMEDEE | 11.71 |
| | | | | | | | | | | | USSOCEE | 50.05 |
| | | | | 32.00 | | 807.36 | | | | 8.07 | | 129.14 |

**Check Printed:** 895964     **Check Amount:** 0.00     **Direct Deposit:** 670.15     **Net:** 670.15

# Detail Payroll Register
## Bartlett Master

Select: Company is BHI - BHI ENERGY POWER SERVICES and Employee(s) is one of 244886938,175723596
Sort Order: Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 201708011 - 201709301

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |
| **Report Totals:** | | | | | | | | | | | | |
| | | REG | | 190.50 | | 4,806.32 | Z | | U126M | 19.30 | PA117511 | 48.05 |
| | | | | | | | | | U126W | 37.96 | PA117513 | 3.24 |
| | | | | | | | | | | | PA117514 | 0.76 |
| | | | | | | | | | | | PASIT | 147.55 |
| | | | | | | | | | | | PASUIEE | 3.38 |
| | | | | | | | | | | | USFIT | 274.32 |
| | | | | | | | | | | | USMEDEE | 69.70 |
| | | | | | | | | | | | USSOCEE | 297.99 |
| **Report Totals:** | **Number of Pays** | | 5 | 190.50 | | 4,806.32 | | | | 57.26 | | **844.99** |
| | | Total Check Amts | | 828.46 | | Total DDAs: | | 3,075.61 | | Total Net: | | 3,904.07 |

\* Excluded in Total Hours

Based on your security profile, this report only includes the records to which you have been granted access.