```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-05239-RNO
Malachi Nathanael Kahler                                            Chapter 7
Grace Ann Kahler
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson              Page 1 of 2            Date Rcvd: Feb 21, 2018
                               Form ID: ordsmiss          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db/jdb         #+Malachi Nathanael Kahler,    Grace Ann Kahler,   25 East Lancaster Street,
                 Red Lion, PA 17356-2203
4755739        +Atlantic Credit & Finance Special Finance,   Unit, LLC Successor in interest to,
                 SYNCHRONY BANK F/K/A, GE CREDIT,    c/o Weltman, Weinberg & Reis Co., LPA,
                 436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
4729898        +Citizens One Auto Fin,    480 Jefferson Blvd,   Warwick, RI 02886-1359
4729900        +Diamond Credit Union,    1600 Medical Dr,   Pottstown, PA 19464-3242
4729902        +Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729918        +Hy Cite/royal Prestige,    333 Holtzman Rd,   Madison, WI 53713-2109
4780054        +Lakeview Loan Servicing, LLC,    Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430
4729923        +Provident/shore Mortga,    1235 N Dutton Ave Suite E,    Santa Rosa, CA 95401-4666
4743507         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,   MADISON WI 53708-8973
4729928        +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4729894        +E-mail/Text: ACF-EBN@acf-inc.com Feb 21 2018 18:59:13      Atlantic Crd,   P O Box 13386,
                 Roanoke, VA 24033-3386
4729895        +EDI: CAPITALONE.COM Feb 21 2018 18:58:00      Cap1/boscv,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
4729897        +E-mail/Text: kzoepfel@credit-control.com Feb 21 2018 18:59:23      Central Loan Admin & R,
                 425 Phillips Blvd.,    Ewing, NJ 08618-1430
4729899        +EDI: WFNNB.COM Feb 21 2018 18:58:00      Comenitycapital/dvdsbr,   995 W 122nd Ave,
                 Westminster, CO 80234-3417
4729901        +E-mail/Text: bknotice@ercbpo.com Feb 21 2018 18:59:24      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4729919        +E-mail/Text: BKRMailOPS@weltman.com Feb 21 2018 18:59:18      Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
4919384         E-mail/Text: camanagement@mtb.com Feb 21 2018 18:59:17      M&T BANK,   P.O. Box 62182,
                 Baltimore, MD 21264-2182
4919385         E-mail/Text: camanagement@mtb.com Feb 21 2018 18:59:17      M&T BANK,   P.O. Box 62182,
                 Baltimore, MD 21264-2182,    M&T BANK,   P.O. Box 62182,   Baltimore, MD 21264-2182
4729921        +E-mail/Text: unger@members1st.org Feb 21 2018 18:59:33      Members 1st F C U,   5000 Louise Dr,
                 Mechanicsburg, PA 17055-4899
4739973        +E-mail/Text: bankruptcynotices@psecu.com Feb 21 2018 18:59:29      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4729922        +E-mail/Text: bankruptcynotices@psecu.com Feb 21 2018 18:59:29      Pa Sta Empcu,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
4879352        +EDI: DRIV.COM Feb 21 2018 18:58:00      Santander Consumer USA Inc.,   P.O. Box 560284,
                 Dallas, TX 75356-0284
4729924        +EDI: DRIV.COM Feb 21 2018 18:58:00      Santander Consumer Usa,   Po Box 961245,
                 Fort Worth, TX 76161-0244
4729925        +EDI: RMSC.COM Feb 21 2018 18:58:00      Syncb/care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
4729927        +EDI: RMSC.COM Feb 21 2018 18:58:00      Syncb/carecr,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
4775890         EDI: RMSC.COM Feb 21 2018 18:58:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Santander Consumer USA Inc.,   PO Box 560284,   Dallas, TX  75356-0284
4729896*       +Cap1/boscv,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
4729903*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729904*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729905*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729906*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729907*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729908*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729909*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729910*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729911*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729912*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729913*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729914*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729915*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729916*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729917*       +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
4729920*       +Kay Jewelers,   375 Ghent Rd,   Fairlawn, OH 44333-4600
4729926*       +Syncb/care Credit,   C/o Po Box 965036,   Orlando, FL 32896-0001
                                                                                         TOTALS: 0, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:

```
          James Warmbrodt      on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Joshua I Goldman     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Sean Patrick Quinlan    on behalf of Debtor 1 Malachi Nathanael Kahler spqesq@hotmail.com,
           lesliebrown.paralegal@gmail.com
          Sean Patrick Quinlan    on behalf of Debtor 2 Grace Ann Kahler spqesq@hotmail.com,
           lesliebrown.paralegal@gmail.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 8
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Malachi Nathanael Kahler<br>Grace Ann Kahler | Chapter 7 |
| | Case No. 1:15−bk−05239−RNO |
| **Debtor(s)** | |

### Order

After notice and opportunity for a hearing thereon, it appearing that the above−named Debtor and Joint Debtor failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the above−referenced case for Debtor and Joint Debtor be and hereby is dismissed.

Dated: February 21, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk