```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 15-05239-RNO
Malachi Nathanael Kahler                                                Chapter 7
Grace Ann Kahler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson            Page 1 of 1           Date Rcvd: Feb 21, 2018
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db/jdb         #+Malachi Nathanael Kahler,    Grace Ann Kahler,    25 East Lancaster Street,
                  Red Lion, PA 17356-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 2 Grace Ann Kahler spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Malachi Nathanael Kahler spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Grace Ann Kahler<br>　　　　Malachi Nathanael Kahler<br>　　　　　　　　　　　　Debtor(s)<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　　Movant<br>　　vs.<br><br>Grace Ann Kahler<br>Malachi Nathanael Kahler<br>　　　　　　　　　　　Debtor(s)<br><br>**Charles J. DeHart, III Esq.**<br>　　　　　　　　　　　Trustee | CHAPTER 7<br><br><br>NO. 15-05239 RNO<br><br><br>11 U.S.C. Sections 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 25 East Lancaster Street, Red Lion, PA 17356 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: February 21, 2018　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　_Robert N. Opel II_ (signature)
　　　　　　　　　　　　　　　　　　　Robert N. Opel, II, Chief Bankruptcy Judge (DG)